United States District Court
Southern District of Texas
**ENTERED**
June 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK §<br>　*Plaintiff,* §<br>§<br>v. §<br>§<br>NCP MANAGEMENT, LLC, NORTH §<br>HOUSTON SURGICAL HOSPITAL dba §<br>SPRING HOSPITAL and DR. MIRZA N. §<br>BAIG, §<br>　*Defendants* § | CIVIL ACTION 4:25-cv-1675 |

## ORDER

On this day, the Court has come to consider Defendants, NCP Management, LLC, North Houston Surgical Hospital dba Spring Hospital and Dr. Mirza N. Baig ("Defendants") Unopposed Second Motion to Extend Answer Dates. ECF No. 15. Having considered the motion,

**IT IS ORDERED** that the Motion is **GRANTED.**

Accordingly, **IT IS FURTHER ORDERED** that the due date for all Defendants to file an answer or other responsive pleading **SHALL NOW BE June 23, 2025.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE