United States District Court
Southern District of Texas
**ENTERED**
August 04, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

The Huntington National Bank

     Plaintiff,

vs.                                      Case No.: 4:25−cv−01675
                                          Judge Keith P Ellison

NCP Management LLC , et al.

     Defendant.

## NOTICE REGARDING INITIAL CONFERENCE

     This notice is being issued in connection with the above referenced proceeding. We are currently scheduled for an initial, or scheduling, conference. As a standard practice in this court, we ask that parties try to agree to dates and deadlines and submit them in the form of a proposed scheduling order. If the parties are able to reach an agreement, the Court will dispense with the conference. I am attaching the standard form scheduling order, which can also be downloaded from the court's website: www.txs.uscourts.gov.

     In working through the schedule, please keep in mind that trial is normally scheduled within fifteen months after the case is filed in, or removed to, federal court. Dispositive motions should be filed three months prior to the trial date. In the attached proposed scheduling order, we have included specific due dates for dispositive motions and the joint pretrial order. We have also noted a trial date based on the guidelines stated above.

     If you return the completed scheduling order one week prior to your scheduled hearing, the conference will be cancelled. The order should be e-mailed to my Case Manager, Arturo Rivera at Arturo_Rivera@txs.uscourts.gov.

     Signed on August 4, 2025, at Houston, Texas.

Keith P. Ellison
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| The Huntington National Bank | § | |
| | § | |
| *versus* | § | Civil Action 4:25–cv–01675 |
| | § | |
| NCP Management LLC, et al. | § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:_____Days          Jury:_____ Non-Jury:_____

1.  (a)  **NEW PARTIES** shall be joined by:          _____
        The Attorney causing the addition of new
        parties will provide copies of this Order to new
        parties.

    (b)  **AMENDMENT to PLEADINGS**
        by Plaintiff or Counter-Plaintiff shall be filed
        by:                                            _____

2.  EXPERT WITNESSES for the PLAINTIFF will
    be identified by a report listing the qualifications
    of each expert, each opinion that the expert will
    present, and the basis for it. DUE DATE:          _____

3.  EXPERT WITNESSES for the DEFENDANT
    will be identified by a report listing the
    qualifications of each expert, each opinion that
    the expert will present, and the basis for it. DUE
    DATE:                                              _____

4.  DISCOVERY must be completed by:                   _____
    Written discovery requests are not timely if they   (Due at least two weeks before motions deadline)
    are filed so close to this deadline that the
    recipient would not be required under the Federal
    Rules of Civil Procedure to respond until after the
    deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE
    MOTIONS                                            6/15/26
    (except motions *in limine*) will be filed by:       (Due 90 days prior to Trial)

6.    JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:              9/8/26
   (The Court will fill in this date)                         (Due the Monday before trial)

7.    TRIAL will begin at 9:00 a.m.                      9/14/26
   (The Court sets a firm trial date)                 (15 Months from the date case filed)

_____
Date

_____
Keith P. Ellison
United States District Judge

_____
Date

_____
Counsel for Plaintiff(s)

_____
Date

_____
Counsel for Defendant(s)