United States District Court
Southern District of Texas
**ENTERED**
March 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK § <br> § <br> *Plaintiff,* § <br> § <br> *v.* § <br> § <br> § <br> NCP MANAGEMENT, LLC, NORTH § <br> HOUSTON SURGICAL HOSPITAL § <br> dba SPRING HOSPITAL, and DR. § <br> MIRZA N BAIG, § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 4:25-cv-01675 |

## ORDER ON MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the court upon Motion for Summary Judgment (ECF No. 21) filed by Plaintiff, the Huntington National Bank ("Plaintiff" or "Huntington"), on Plaintiff's claims in this action against Defendants NCP Management, LLC ("NCP"), North Houston Surgical Hospital dba Spring Hospital ("North Houston Hospital") and Dr. Mirza N. Baig ("Baig" and together with NCP and North Houston Hospital, the "Defendants"). The case is currently stayed as to Defendant NCP and Defendant North Houston Hospital due to ongoing bankruptcy proceedings.

The Court has determined upon the pleadings, briefing, and arguments of counsel that, as to Defendant Baig, the Motion for Summary Judgment should be **GRANTED** in part and **DENIED** in part.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, Plaintiff's Motion for Summary Judgment is **DENIED** on the issue of the amount of interest due and owing and the means for calculating interest. Accordingly, summary judgment is also **DENIED** on the issue of total damages. As to the existence of the debt under the Leases, Defendant Baig's duties under the Leases, Defendants Baig's default under the Leases, and the amount of default, the Motion is **GRANTED.**

Plaintiff is instructed to a file supplemental motion for summary judgment brief on the issue of interest and total damages within ten days. Defendant is instructed to file a supplemental response brief within ten days of Plaintiff's filing.

Also before the Court is Plaintiff the Huntington National Bank's Motion for Prejudgment Writ of Sequestration (ECF No. 22). Given the ongoing bankruptcy proceedings, the Motion for Sequestration is **DENIED** without prejudice to re-filing.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of March, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE